IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

```
------------------------------------------    :
UNITED STATES OF AMERICA                      :
                                              :  CASE NO.   1:07 CR 121
                                  Plaintiff   :
                                              :
              -vs-                            :
                                              :
CHEVON LEWIS                                  :  ORDER ACCEPTING PLEA AGREEMENT
                                              :  AND JUDGMENT AND NOTICE OF
                                 Defendant    :  HEARING
------------------------------------------    :
```

UNITED STATES DISTRICT JUDGE LESLEY WELLS

This case is before the Court on a Report and Recommendation filed by United States Magistrate Judge Patricia A. Hemann regarding the change of plea hearing and guilty plea of Chevon Lewis which was referred to the Magistrate Judge with the consent of the parties.

On 28 February, 2007, the government filed a one-count indictment against Chevon Lewis for bank fraud in violation of 18 U.S.C. § 1344.  On 27 March 2007, a hearing was held in which Chevon Lewis entered a plea of not guilty before Magistrate Judge David S. Perelman.  On 1 May 2007, Magistrate Judge Hemann received Chevon Lewis's plea of guilty and issued a Report and Recommendation ("R&R") concerning whether the plea should be accepted and a finding of guilty entered.

Neither party submitted objections to the Magistrate Judge's R&R in the ten days after it was issued.

On de novo review of the record, the Magistrate Judge's R&R is adopted. Chevon Lewis is found to be competent to enter a plea.  She understands her constitutional rights.  She is aware of the charges and of the consequences of entering a plea.  There is an adequate factual basis for the plea.  The Court finds the plea was entered knowingly, intelligently, and voluntarily.  The guilty plea is approved.

Therefore, Chevon Lewis is adjudged guilty of Count One in violation 18 U.S.C. § 1344.

Sentencing will be:

> **16 July 2007 at 10:00 a.m.**
>
> **Courtroom 19-A**
> **19th Floor, United States District Court**
> **801 West Superior Avenue**
> **Cleveland, Ohio 44113**

IT IS SO ORDERED.

Dated:    <u>22 May 2007</u>                    /s/Lesley Wells
                                                                UNITED STATES DISTRICT JUDGE